The People of the State of New York, Respondent,
against
Robert Hudson, Appellant.




Robert Hudson, appellant pro se.
Dutchess County District Attorney (Kirsten A. Rappleyea of counsel), for respondent.

Appeal from a judgment of the Justice Court of the Town of Amenia, Dutchess County (Norman Moore, J.), rendered May 15, 2017. The judgment convicted defendant, upon a jury verdict, of criminal trespass in the third degree, and imposed sentence.




ORDERED that the judgment of conviction is affirmed.
Following a jury trial, defendant was convicted of criminal trespass in the third degree (Penal Law § 140.10). Defendant filed an amended affidavit of errors. The issues defendant raises in his brief on appeal do not relate to any of the alleged errors asserted in his affidavit of errors. It is well settled that, generally, issues which have not been raised in an affidavit of errors are not properly preserved for appellate review (see People v Sloane, 59 Misc 3d 143[A], 2018 NY Slip Op 50697[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2018]). However, among the issues defendant now raises is the Justice Court's alleged lack of jurisdiction over this matter, which argument is reviewable on appeal even if not raised in the affidavit of errors (see id. at *2). Contrary to defendant's contention, the Justice Court has jurisdiction over this criminal matter (see UJCA 2001).
Accordingly, the judgment of conviction is affirmed.
TOLBERT, J.P., GARGUILO and EMERSON, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: April 04, 2019